Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org


*Attorney for Victor Hugo Garcia Escobar

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Victor Hugo Garcia Escobar,

        Petitioner,

     v.

Pamela Bondi, *et al.*,

        Respondents.

Case No. 2:26-cv-00345-RFB-BNW

**Stipulation and Order for Extension of Time to File First Amended Petition**

**(Second Request)**

      Petitioner Victor Hugo Garcia Escobar and Respondents, through their undersigned counsel, hereby stipulate and jointly request that this Court extend the due date for Mr. Garcia Escobar's Amended Petition for one week up to and including March 4, 2026. This is the second request for an extension of time.

      Mr. Garcia Escobar filed his petition for writ of habeas corpus under 28 U.S.C. § 2241 on February 11, 2025. ECF No. 1. This Court appointed the Office of the Federal Public Defender (FPD) to represent Mr. Garcia Escobar on February 11, 2026. ECF No. 4. Petitioner's counsel entered her appearance on February 17, 2026. ECF No. 6. This Court directed the FPD to file an Amended Petition on February 18, 2026. ECF No. 4. A stipulation of one week was requested and granted by this Court. *See* ECF Nos. 7, 8.

This motion is not filed for the purpose of delay, but in the interests of justice and in the interest of Mr. Garcia Escobar. Mr. Garcia Escobar's counsel has determined that she needs an audio recording or rough transcript of a December 9, 2025 hearing to determine whether and to what extent a bond hearing was held by the immigration judge. Counsel will be asking Respondents to provide a copy of this recording or transcript. Petitioner submits that obtaining this information and having the additional time to prepare the Amended Petition is in the best interests of Mr. Garcia Escobar, would clarify the relevant record for habeas review, and serve the interest of judicial economy.

Mr. Garcia Escobar's counsel emailed counsel for Respondents, AUSA Virginia Tomova and AUSA Tamer Botros Botros, to confer via email regarding the need for an extension of time. Via email, AUSA Botros agreed to the proposed extension of one week for Mr. Garcia Escobar to file the Amended Petition and asked that Respondents be allowed 10 days to file their response.

Should this Court grant this request, the Amended Petition would be due on or before March 4, 2026. The parties agree that Respondent's "return certifying the true cause of detention" would be due on 10 days after the Amended Petition is filed. Assuming a March 4, 2026 Amended Petition file date, Respondents' "return certifying the true cause of detention would be due on March 14, 2026, and Mr. Garcia Escobar's Traverse, should he choose to file it, would be due two days later, on or before on March 16, 2026.

For these reasons, the parties request this Court extend the due date for Mr. Garcia Escobar's Amended Petition up to and including March 4, 2026.

Dated this 25th day of February, 2026.

| | |
|---|---|
| TODD BLANCHE<br>Deputy Attorney General of the<br>United States<br>SIGAL CHATTAH, First Assistant<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Virginia T. Tomova*<br>Virginia T. Tomova<br>Assistant United States Attorney | */s/ Sylvia Irvin*<br>Sylvia Irvin<br>Assistant Federal Public Defender |

**IT IS SO ORDERED:**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED**: February 26, 2026.

### Certificate of Service

I hereby certify that on February 25, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Sylvia Irvin*
Assistant Federal Public Defender

3